1:07MJ70M

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| | |
|---|---|
| United States District Court | DISTRICT: SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA v. Rafael Andino | DOCKET NO.: 00 Cr. 445 (LAK) — MAGISTRATE'S CASE NO: |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Rafael Andino |
| WARRANT ISSUED ON THE BASIS OF: ☐ Indictment ☐ Information ☒ Order of Court ☐ Complaint | DISTRICT OF ARREST: SDNY |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY: New York, New York |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Failure to appear for V.O.S.R. hearing

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21 | 846 |

| | | |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) [signature] | DATE ORDERED 6/1/07 |
| CLERK OF COURT | (BY) DEPUTY CLERK [signature] | DATE ISSUED 6/1/07 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| | | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

DOC #115

U.S. DISTRICT COURT FILED MAR - 2 2007 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Summons with Attached Request for Court Action Direction Detailing Probable Cause**

Offender: Andino, Rafael | Docket Number: 00 CR 445-08 (LAK)

Sentencing Judge: Honorable Lewis A. Kaplan, U.S. District Judge

Date of Original Sentence: December 17, 2004

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Heroin 21 USC 846

Original Sentence: Time Served and Five-Year Term of Supervised Release

Type of Supervision: Supervised Release | Date Supervision Commenced: December 17, 2004

---

**PETITIONING THE COURT TO ISSUE A SUMMONS**

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **ON OR BEFORE 7/12/06, 8/18/06, 9/5/06, 9/12/06, & 12/14/06, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, HEROIN. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.** |
| 2 | **ON OR ABOUT 12/8/06, 12/29/06, 1/12/07, 1/19/07, 2/2/07, & 2/9/07, THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #2, GRADE C VIOLATION.** |
| 3 | **ON OR ABOUT 1/8/07, 1/10/07, 1/17/07, 1/22/07, 1/31/07, 2/7/07, 2/12/07, & 2/14/07, THE RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE FAILED TO SHOW FOR INDIVIDUAL AND/OR GROUP DRUG TREATMENT SESSIONS. SPECIAL CONDITION, GRADE C VIOLATION.** |

MICROFILM MAR - 5 2007 - 9 AM

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Brian M. McNulty
U.S. Probation Officer
212-805-5055

Approved By:

2/16/07

Avriel G. George Date
Supervising U.S. Probation Officer

29058 - Brian M. McNulty
Andino, Rafael 00 CR 445-08 (LAK)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*Judicial Response*

THE COURT ORDERS:

[✓] The Issuance of a Summons

The Offender is directed to appear as follows:

Date: 3/15/07
Time: 4:15 pm
Place: 12 D

[ ] The Issuance of a Warrant

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Other

Signature of Judicial Officer

2/27/07
Date

(Rev. eVOP 1/25/07)

# REQUEST FOR COURT ACTION

TO: Honorable Lewis A. Kaplan
U.S. District Judge

OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Heroin (21 USC 846)

ORIGINAL SENTENCE: Time Served and Five-Year Term of Supervised Release

FROM: Brian M. McNulty
U.S. Probation Officer

SPEC. CONDITIONS: The offender will participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs.

AUSA: David Rody

RE: Rafael Andino
Dkt # 00 CR 445-08 (LAK)

MED: December 16, 2009

DATE OF SENTENCE: December 17, 2004

DATE: July 11, 2007

ATTACHMENTS: PSI, Judgement, Previous Reports, Violation Petition, Summons Letter

REQUEST FOR: SUMMONS

---

## REQUEST FOR A SUMMONS

### CUSTODY STATUS

The offender is at liberty in the community. We would respectfully request that the Court issue a summons, so the offender can be brought before the Court to answer the specifications listed below.

### SUPERVISION ADJUSTMENT

On September 26, 2006, a non-compliance report was submitted to Your Honor. Since that time, the offender was discharged from residential drug treatment on November 1, 2006. On November 3, 2006, the offender reported as directed. He provided a copy of his appointment notice for follow-up outpatient drug treatment at SCAN-NY in the Bronx, scheduled for November 6, 2006, at 12 p.m. He reported that he will return to his job at Milan Furniture/Mandarin Dynasty, Inc., located at 1710 Flushing Avenue, in Ridgewood, NY.

On November 17, 2006, SCAN-NY counselor, Helio DosSantos called to inform that the offender did not show on Monday November 13, 2006, for group session, nor on Wednesday November 15, 2006, for individual session.

On November 20, 2006, the offender reported as directed. He was escorted to urine surveillance for a drug screen which he could not provide. He was directed to return on the following day to provide a urine drug screen. He was confronted regarding missing his appointments at SCAN-NY on November 13, 2006, and November 15, 2006. His counselor, Helio DosSantos was called, and it was confirmed with the offender present; the offender then wrote down that he was scheduled for group session on Mondays at 6-7:30 p.m., and individual session on Wednesdays at 4 p.m.

On November 21, 2006, the offender reported to Probation for drug screen as directed. As this officer was out of the office, the Substance Abuse Technician (SAT) contacted this officer by cell phone to inform of the following: after being provided an NIDT [immediate result test-cup] and after the offender urinated into the NIDT cup, he indicated to the SAT that he was on methadone, and when the SAT stated to the offender that he should have told the SAT before using the NIDT cup, the offender dumped his urine out of the NIDT cup into the toilet. The SAT then notified this officer of same. This officer then told the SAT to direct the offender to return on the following day to provide a drug screen. On November 22, 2006, the offender reported as directed to Probation to provide a drug screen. The receptionist told him there were no SATs today and she would have to locate an officer to collect his specimen. The offender replied that he had a truck outside and would return later. The receptionist informed him that the office will be closing at 5 p.m. He replied he would return before that time, but did not.

On November 29, 2006, the offender called and left a message indicating that he can not attend drug treatment that day because he is staying with his infant son who is in the hospital with a 106 temperature, having been admitted two days ago, and may be discharged on that day or the following day. On December 5, 2006, this officer called the offender on his cell phone. He stated he was at work and planned to return to the hospital after work to be with his infant son who he expected to be discharged that day or the following day. The offender was directed to get a note from the physician in regard to his son, and to report on the following day.

On December 6, 2006, the offender reported as directed. He stated that his infant son almost died the previous day in the hospital; "he convulsed and was unconscious until I held him when he coughed and started breathing." The offender stated that this incident "woke me up" in that he is now ready to attend drug treatment seriously. He was reminded to attend SCAN-NY on Mondays and Wednesdays and to report to Probation on Fridays for a drug screen.

On January 10, 2007, SCAN-NY counselor, Helio DosSantos, called and left a message informing that the offender did not show for individual session at 4pm; nor did he show for any group sessions. On January 17, 2007, SCAN-NY counselor, Helio DosSantos, called and informed that the offender did not show for individual session, nor had he shown for any of his prior group sessions except on December 18, 2006.

VIOLATION CIRCUMSTANCES

1 **ON OR BEFORE 7/12/06, 8/18/06, 9/5/06, 9/12/06, & 12/14/06, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, HEROIN. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.**

On the first four dates, the offender tested positive for opiates. The offender was provided the opportunity to attend outpatient drug treatment, and subsequently, residential drug treatment, from which he was discharged on 11/1/06, but failing to comply with aftercare outpatient treatment, he relapsed on or before 12/14/06.

2 **ON OR ABOUT 12/8/06, 12/29/06, 1/12/07, 1/19/07, 2/2/07, & 2/9/07, THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #2, GRADE C VIOLATION.**

On 12/6/06, the offender was reminded to attend SCAN-NY for outpatient drug treatment sessions on Mondays and Wednesdays, and to report to Probation on Fridays for a drug screen. He reported on only four of the following ten Fridays ending 2/9/07.

3 **ON OR ABOUT 1/8/07, 1/10/07, 1/17/07, 1/22/07, 1/31/07, 2/7/07, 2/12/07, & 2/14/07, THE RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE FAILED TO SHOW FOR INDIVIDUAL AND/OR GROUP DRUG TREATMENT SESSIONS. SPECIAL CONDITION, GRADE C VIOLATION.**

According to the offender's individual drug treatment counselor at SCAN-NY in the Bronx, the offender failed to show for individual or group sessions on the above dates. The offender was scheduled to attend group session on Mondays and individual session on Wednesdays.

COURT STATUS IN OTHER JURISDICTIONS

None.

CHAPTER SEVEN GUIDELINE POLICY CONSIDERATIONS AND/OR STATUTORY REQUIREMENTS:

Chapter Seven of the Sentencing Guidelines sets forth policy statements regarding sentencing considerations in violation of supervised release matters. Case law requires the Court to consider these issues but, since they are policy statements, they are not binding.

According to Section 7B1.4, the possible ranges of imprisonment applicable upon a violation of supervised release are as follows:

| Specification | Grade of Violation | Revocation Range (Based upon a CHC of V) |
|---|---|---|
| 1, 2, 3 | Grade C | Guidelines: 7 to 13 months |
| | | Statutory: Not more than 5 years |

As the defendant was originally convicted of a Class A Felony, he may be required by statute {18 USC 3583 (e)(3)} to serve a period of incarceration of not more than 5 years.

Pursuant to {18 USC 3583(h)}, if the term of supervised release is revoked and the term of imprisonment imposed is less than the maximum years, supervised release can be reimposed as authorized under the original offense, 21 USC 846, (Life), less any term of imprisonment that was imposed upon revocation of supervised release.

Pursuant to 18 USC 3583(g), if the defendant is found to have possessed a controlled substance, the Court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3).

Prob 19
(10/99)

# United States District Court
# for the
# Southern District of New York

U.S.A. vs Andino, Rafael Docket No.00 CR 445-08 (LAK)

TO: [1]**Any United States Marshal or any other authorized officer.**

| **WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Andino, Rafael | SEX<br>Male | RACE<br>W/ Hispanic | AGE<br>38 |
| REDACTED | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court for the Southern District of New York | DATE IMPOSED<br>December 17, 2004 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court for the Southern District of New York | | | |
| | | | |
| CLERK<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE | |

| **RETURN** | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

(Rev. eVOP 1/25/07)ure/

29058 - Brian M. McNulty
Andino, Rafael 00 CR 445-08 (LAK)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*Judicial Response*

THE COURT ORDERS:

[ ] The Issuance of a Summons

The Offender is directed to appear as follows:

Date: ______________________

Time: ______________________

Place: ______________________

[ ] The Issuance of a Warrant

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Other

______________________
Signature of Judicial Officer

______________________
Date

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

P29058

July 11, 2007

David Rody, AUSA
One St. Andrews Place
New York, NY 10007

RE: Andino, Rafael Docket #: 00 CR 445-08 (LAK)

Dear Mr. Rody:

Attached please find the violation report recently filed with the Court. The offender has been summoned to appear for a hearing on March 15, 2007, before the Honorable Lewis A. Kaplan in Court Room 12D, located at U.S. District Court, 500 Pearl Street, New York, NY 10007.

Should you have any questions concerning this matter, please do not hesitate to contact the undersigned at 212-805-5055.

Very truly yours,

Chris J. Stanton
Chief U.S. Probation Officer

____________________
Brian M. McNulty
U.S. Probation Officer

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
212.805.0040
212.805.0047 - Fax

United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

128 Dolson Avenue
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

P29058

July 11, 2007

William J. Stampur
Hurwitz, Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007

RE: Andino, Rafael DOCKET #: 00 CR 445-08 (LAK)

Dear Mr. Roth:

Attached please find the violation report recently filed with the Court. Mr. Andino is summoned to appear for a hearing on March 15, 2007, before the Honorable Lewis A. Kaplan in Court Room 12D, located at the U.S. District Court, 500 Pearl Street, New York, NY 10007.

Should you have any questions concerning this matter, please do not hesitate to contact the undersigned at 212-805-5055.

Very truly yours,

Chris J. Stanton
Chief U.S. Probation Officer

______________________

Brian M. McNulty
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

July 11, 2007

Rafael Andino
140 West 174th Street, #11H
Bronx, NY 10468

Dear Mr. Andino:

You are hereby summoned to appear for a hearing on March 15, 2007, to appear before the Honorable Lewis A. Kaplan in Court Room 12D, located at U.S. District Court, 500 Pearl Street, New York, NY 10007.

Failure to report for the aforementioned hearing may result in the issuance of a warrant for your arrest.

If you have any questions, please contact the undersigned at 212-805-5055.

Very truly yours,

Chris J. Stanton
Chief U.S. Probation Officer

____________________

Brian M. McNulty
U.S. Probation Officer

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
212.805.0040
212.805.0047 - Fax

United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

128 Dolson Avenue
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax

CLOSED, PRIOR

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:00-cr-00445-LAK-8**

| | |
|---|---|
| Case title: USA v. Delarosa | Date Filed: 04/27/2000 |
| Magistrate judge case number: 1:00-mj-00729 | Date Terminated: 12/17/2004 |

---

Assigned to: Judge Lewis A. Kaplan

**Defendant**

**Rafael Andino** (8)
*TERMINATED: 12/17/2004*

represented by **William Joseph Stampur**
Hurwitz, Stampur & Roth
299 Broadway
New York, NY 10007
(212) 619-4240
Email: wjs@hsrlawyers.com
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **David Matthew Rody**
U.S. Attorney's Office, SDNY (St

Andw's)
One St. Andrew's Plaza
New York, NY 10007
212 637-2200
Fax: 212 637-0084
Email: David.Rody@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2000 | 1 | COMPLAINT as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright in violation of 21 U.S.C. 846. ( signed by Magistrate Judge James C. Francis IV ) [ 1:00-m -729 ] (gq) (Entered: 04/21/2000) |
| 04/12/2000 | 9 | ARREST WARRANT issued as to Rafael Andino. [ 1:00-m -729 ] (gq) (Entered: 04/21/2000) |
| 04/13/2000 | | ARREST of Rafael Andino [ 1:00-m -729 ] (gq) (Entered: 04/21/2000) |
| 04/13/2000 | 17 | CJA 23 Financial Affidavit as to Rafael Andino : ( Signed by Magistrate Judge James C. Francis IV ) [ 1:00-m -729 ] (gq) (Entered: 04/21/2000) |
| 04/13/2000 | | First Appearance as to Rafael Andino held. Deft appears with CJA atty William Stampur. AUSA David Rody present for the gov't. Preliminary Examination set for 4/27/00 for Rafael Andino ; Detention Hearing set for 11:30 4/18/00 for Rafael Andino ; (Mag. Judge Francis, IV). [ 1:00-m -729 ] (gq) (Entered: 04/25/2000) |
| 04/13/2000 | 24 | ORDER as to Rafael Andino, for Medical Treatment. Deft has a drug problem and requires medical attention. ( Signed by Magistrate Judge James C. Francis IV ); Copies mailed. [ 1:00-m -729 ] (gq) (Entered: 04/25/2000) |
| 04/13/2000 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Rafael Andino : Appointment of Attorney William Stampur ( Signed by Magistrate Judge James C. Francis IV ) (mh) (Entered: 08/31/2000) |
| 04/18/2000 | | Detention hearing as to Rafael Andino held. Deft CJA atty William Stampur present. (Deft not produced but Mr. Stampur waived his presence). AUSA David Rody present for the gov't. Deft has no bail package. I order detention, without prejudice to any future bail application. (Mag. Judge Eaton). [ 1:00-m -729 ] (gq) (Entered: 04/25/2000) |
| 04/27/2000 | 28 | INDICTMENT as to Israel Delarosa (1) count(s) 1, Noel Delarosa (2) count(s) 1, Fernando Delarosa (3) count(s) 1, Ramon Delarosa (4) count (s) 1, Milton Cruz (5) count(s) 1, Manuel Carmona (6) count(s) 1, Pedro Saladini (7) count(s) 1, Rafael Andino (8) count(s) 1, Leo Wright (9) count(s) 1, Natalie Ortiz (10) count(s) 1 (Preliminary Examination cancelled.) (jm) (Entered: 04/27/2000) |

| | | |
|---|---|---|
| 05/04/2000 | 37 | NOTICE of Appearance for Rafael Andino (8) by Attorney William J. Stampur. (bw) (Entered: 05/08/2000) |
| 05/04/2000 | | Arraignment as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz held: Israel Delarosa (1) count(s) 1, Noel Delarosa (2) count(s) 1, Fernando Delarosa (3) count(s) 1, Ramon Delarosa (4) count(s) 1, Milton Cruz (5) count(s) 1, Manuel Carmona (6) count(s) 1, Pedro Saladini (7) count(s) 1, Rafael Andino (8) count(s) 1, Leo Wright (9) count(s) 1, Natalie Ortiz (10) count(s) 1. ... Deft ISRAEL DELAROSA present w/attorney Lawrence Gerzog, pleads Not Guilty, continued detained; Deft NOEL DELAROSA present w/attorney Robert Soloway for Jeremy Schneider, pleads Not Guilty, continued detained; Deft FERNANDO DELAROSA present w/attorney Angela Turiano for Michael Bachner, pleads Not Guilty, continued detained; Deft RAMON DELAROSA present w/attorney Allan P. Haber, pleads Not Guilty, continued detained; Deft MILTON CRUZ present w/attorney Camille M. Abate, pleads Not Guilty, continued detained; Deft MANUEL CARMONA present w/attorney Peter Quijano for Nancy Lee Ennis, pleads Not Guilty, continued detained; Deft PEDRO SALADINI present w/attorney Martin Siegel, pleads Not Guilty, continued detained; Deft RAFAEL ANDINO present w/attorney Bill Stampur, pleads Not Guilty, continued detained; Deft LEO WRIGHT present w/attorney Avi Moskowitz, pleads Not Guilty, continued detained; Deft NATALIE ORTIZ present w/attorney David Greenfield, pleads Not Guilty, continued detained; Case assigned to Judge Kaplan. ( Held before Magistrate Judge Theodore H. Katz ) (bw) (Entered: 05/08/2000) |
| 05/04/2000 | | PLEA entered by Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz. Court accepts plea. Not Guilty: Israel Delarosa (1) count(s) 1, Noel Delarosa (2) count(s) 1, Fernando Delarosa (3) count(s) 1, Ramon Delarosa (4) count(s) 1, Milton Cruz (5) count(s) 1, Manuel Carmona (6) count(s) 1, Pedro Saladini (7) count(s) 1, Rafael Andino (8) count(s) 1, Leo Wright (9) count(s) 1, Natalie Ortiz (10) count(s) 1. (bw) (Entered: 05/08/2000) |
| 05/04/2000 | | CASE ASSIGNED to Judge Lewis A. Kaplan. (bw) (Entered: 05/08/2000) |
| 05/04/2000 | | Pre-Trial Conference as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz held. ... PTC held before Judge Kaplan. Defendant MILTON CRUZ requests Ms. Abate to be replaced as his attorney, Court relieves Ms. Abate and Sanford Katz is appointed in place of Ms. Abate for Milton Cruz. Bail Hearing as to FERNANDO DELAROSA held - Defendant ordered continued detained. Discovery cutoff date: 5/25/00. All motions due 6/29/00, Replies due 7/6/00, Argument(s) set for 7/10/00 at 9:30. Trial date: 9/5/00 at 9:30 a.m. PTC scheduled for 6/15/00 at 4:30 (only if no motions filed). Time excluded to 6/15/00. ( Held before Judge Kaplan ) (bw) (Entered: |

| | | |
|---|---|---|
| | | 05/08/2000) |
| 05/04/2000 | | ORAL ORDER as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz . Substituting attorney: terminated attorney Camille M. Abate for Milton Cruz, attorney Sanford Katz appointed ; and SET scheduling order deadlines: Discovery cutoff deadline set to 5/25/00; Motion Filing deadline set to 6/29/00; Response to motion deadline set to 7/6/00; Status conference (Arguments) set for 9:30 7/10/00; Pretrial Conference set for 4:30 6/15/00 (only if no motions filed); Jury Trial set for 9:30 a.m. 9/5/00. ( Entered by Judge Lewis A. Kaplan ) (bw) (Entered: 05/08/2000) |
| 05/05/2000 | 38 | ORDER as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz. The trial date, previously September 5, 2000, is changed to September 18, 2000. ; It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers. ( Signed on 5/4/00 by Judge Lewis A. Kaplan ); Copies mailed. (bw) (Entered: 05/08/2000) |
| 06/14/2000 | 45 | Filed Memo-Endorsement on letter dated 6/13/00 to Judge Kaplan signed by AUSA David M. Rody as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz, Time excluded from 6/15/00 until 6/29/00 to Continue in Interests of Justice ( Signed by Judge Lewis A. Kaplan ); Copies mailed. (mr) (Entered: 06/15/2000) |
| 06/20/2000 | 46 | MOTION by Rafael Andino, for the following relief: 1) Ordering the Govt to provide deft with a Bill of Particulars, purs. to Rule 7(F), FRCP, as to certain matters alleged in the indictment ; and 2) Ordering the Govt to provide all witness statements in accordance with the Jencks Act at the earliest possible date ; and 3) Ordering the Govt to produce all memoranda relating to interviews with witnesses and to require Govt agents to provide their rough notes ; and 4) Ordering the Govt to disclose its list of witnesses well in advance of trial so as to allow adequate and effective defense preparation ; and 5) Ordering the Govt to identify co-conspirator acts or statements pre-trial that it intends to introduce under Fed. R. Evid. 801(d)(2)(E) and requiring this Court to hold a hearing as to the admissibility of such proffered evidence ; and 6) Ordering the Govt to specify, purs. to Fed. R. Evid. 403 and 404(b), any bad act evidence it intends to offer and granting a hearing on the admissibility of such evidence ; and 7) Ordering the Govt purs. to Rule 16 ad 57 of the FRCP for an order directing the further production or evidence within the control of the Govt ; and 8) Permitting deft to join all motions and arguments advanced in support of such motions by his co-defts herein, to the extent that such motions are relevant to the charges or evidence concerning the deft and are not inconsistent with the contentions of deft ; and 9) Reserving deft's right to bring additional motions ; and 10) Such other and further relief as to this Court may seem just and proper. Return |

| | | |
|---|---|---|
| | | date to be set by the Court. (bw) (Entered: 06/22/2000) |
| 07/10/2000 | 50 | TRANSCRIPT of record of proceedings as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz for dates of 5/4/00 before Judge Kaplan. (mr) (Entered: 07/12/2000) |
| 07/24/2000 | 53 | Filed Memo-Endorsement on as to Rafael Andino withdrawing [46-1] motion 1) Ordering the Govt to provide deft with a Bill of Particulars, purs. to Rule 7(F), FRCP, as to certain matters alleged in the indictment as to Rafael Andino (8), withdrawing [46-2] motion 2) Ordering the Govt to provide all witness statements in accordance with the Jencks Act at the earliest possible date as to Rafael Andino (8), withdrawing [46-3] motion 3) Ordering the Govt to produce all memoranda relating to interviews with witnesses and to require Govt agents to provide their rough notes as to Rafael Andino (8), withdrawing [46-4] motion 4) Ordering the Govt to disclose its list of witnesses well in advance of trial so as to allow adequate and effective defense preparation as to Rafael Andino (8), withdrawing [46-5] motion 5) Ordering the Govt to identify co-conspirator acts or statements pre-trial that it intends to introduce under Fed. R. Evid. 801(d)(2)(E) and requiring this Court to hold a hearing as to the admissibility of such proffered evidence as to Rafael Andino (8), withdrawing [46-6] motion 6) Ordering the Govt to specify, purs. to Fed. R. Evid. 403 and 404(b), any bad act evidence it intends to offer and granting a hearing on the admissibility of such evidence as to Rafael Andino (8), withdrawing [46-7] motion 7) Ordering the Govt purs. to Rule 16 ad 57 of the FRCP for an order directing the further production or evidence within the control of the Govt as to Rafael Andino (8), withdrawing [46-8] motion 8) Permitting deft to join all motions and arguments advanced in support of such motions by his co-defts herein, to the extent that such motions are relevant to the charges or evidence concerning the deft and are not inconsistent with the contentions of deft as to Rafael Andino (8), withdrawing [46-9] motion 9) Reserving deft's right to bring additional motions as to Rafael Andino (8), withdrawing [46-10] motion 10) Such other and further relief as to this Court may seem just and proper. as to Rafael Andino (8) ( Signed by Judge Lewis A. Kaplan ); Copies mailed. (rag) (Entered: 07/25/2000) |
| 07/24/2000 | 54 | Memorandum of Law in reply to the government's memorandum in opposition to dfts' pretrial motions and in further support of dft. Leo Wright's motion to suppress the identification evidence. (mb) (Entered: 07/26/2000) |
| 07/26/2000 | 58 | Prior Felony Information as to Rafael Andino (rag) (Entered: 07/27/2000) |
| 07/26/2000 | 59 | Prior Felony Information as to Rafael Andino (rag) (Entered: 07/27/2000) |
| 07/26/2000 | | Change of Plea Hearing as to Rafael Andino held. Deft. present w/atty W. Stampur, AUSA D. Rody and court rep. S. Cohen. Deft. w/d not guilty plea and pleads guilty to count 1. PSR ordered. Sentence set for |

| | | |
|---|---|---|
| | | 1/29/01 at 10 a.m. Deft. cont'd custody. (rag) (Entered: 07/27/2000) |
| 07/26/2000 | | Change of Not Guilty Plea to Guilty Plea by Rafael Andino Rafael Andino (8) count(s) 1 (rag) (Entered: 07/27/2000) |
| 07/26/2000 | | PLEA entered by Rafael Andino . Court accepts plea. Guilty: Rafael Andino (8) count(s) 1 (rag) (Entered: 07/27/2000) |
| 07/26/2000 | | Court Orders pre-sentence investigation as to Rafael Andino (rag) (Entered: 07/27/2000) |
| 07/26/2000 | | Sentencing set for 10:00 1/29/01 for Rafael Andino , Rafael Andino (8) count(s) 1 (rag) (Entered: 07/27/2000) |
| 08/03/2000 | 60 | SEALED DOCUMENT as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz (da) (Entered: 08/04/2000) |
| 08/08/2000 | 61 | SEALED DOCUMENT as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz (da) (Entered: 08/10/2000) |
| 11/06/2000 | 80 | SEALED DOCUMENT as to Israel Delarosa, Noel Delarosa, Fernando Delarosa, Ramon Delarosa, Milton Cruz, Manuel Carmona, Pedro Saladini, Rafael Andino, Leo Wright, Natalie Ortiz (da) (Entered: 11/06/2000) |
| 12/17/2004 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan :Sentencing held on 12/17/2004 for Rafael Andino (8) Count 1. (jw, ) (Entered: 12/20/2004) |
| 12/17/2004 | 108 | FILED JUDGMENT IN A CRIMINAL CASE as to Rafael Andino (8), Pleaded guilty to Count(s) 1, Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. Special Assessment of $100 which is due immediately. (Signed by Judge Lewis A. Kaplan on 12/17/04)(jw, ) (Entered: 12/20/2004) |
| 12/23/2004 | | Judgment entered in money judgment book as #04,2266 as to Rafael Andino in the amount of $ 100.00, re: [108] Judgment. (dt, ) (Entered: 12/23/2004) |
| 01/17/2006 | | Payment of Fine from Rafael Andino in the amount of $25.00. Date Received: 1/9/2006. (jd, ) (Entered: 01/17/2006) |
| 03/02/2007 | 115 | MEMO ENDORSEMENT as to Rafael Andino on 'Petition for Summons with Attached Request for Court Action Direction Detailing Probable Cause' addressed to Judge Kaplan from Brian M. McNulty, U.S. Probation Officer, Approved by Avriel G. George, Supervising U.S. Probation Officer, dated 2/16/07. THE COURT ORDERS: The Issuance of a Summons. The Offender is directed to appear as follows: 3/15/07 at 4:15 p.m., Courtroom 12D. (Signed by Judge Lewis A. Kaplan on 2/27/07)(bw) (Entered: 03/06/2007) |

| | | |
|---|---|---|
| 03/21/2007 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan :Initial Appearance re: Revocation of Supervised Release as to Rafael Andino held on 3/21/2007 (jw) (Entered: 04/11/2007) |
| 03/21/2007 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan :Preliminary Revocation Hearing re: Supervised Release as to Rafael Andino held on 3/21/2007, as to Rafael Andino; Preliminary Revocation Hearing set for 4/27/2007 10:30 AM before Judge Lewis A. Kaplan. Deft Rafael Andino present with atty William Stampur. AUSA David Rody present. Probation Officer Brian McNulty present. Court reporter present. Deft's request for an adjournment granted to 4/27/07 at 10:30am. (jw) (Entered: 04/11/2007) |
| 06/01/2007 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan :Status Conference as to Rafael Andino held on 6/1/2007. Deft Rafael Andino not present but atty William Stampur present. AUSA David Rody present. Probation Officer Brian McNulty present. Court reporter present. Bench warrant to be issued. (bw) (Entered: 06/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/11/2007 08:51:13 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:00-cr-00445-LAK |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |