AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
Joan Garcia-Gonzalez

APPEARANCE

CASE NUMBER: 1:07-M-72M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joan Garcia Gonzalez

I certify that I am admitted to practice in this court.

7/13/07
*Date*

[signature]
*Signature*

George J. West 3052
*Print Name* *Bar Number*

One Turks Head Bldg #312
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-861-9042 861-0330
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.